UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

DANIEL PRESCOTT,

                   Plaintiff,

  -against-

THE CITY MUNICIPALITY OF NEW
YORK, CORRECTION OFFICER
GRANT #1213, CITY OF NEW YORK
MEDICAL CLINIC RIKERS ISLAND,
JEORGE VILLALOBOS, PA, LYNN
DEVIVO, PA, GEORGE THOMPSON,
PA,

                   Defendants.

------------------------------------------------------- X

**ORDER**

09 Civ. 255 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

         On June 17, 2009, pro se plaintiff Daniel Prescott's application for appointment of counsel was granted ("June 17, 2009 Order"). On December 7, 2009, the Court again received a request for the appointment of counsel from Prescott. Although the Court sympathizes with Prescott's position, counsel cannot be compelled to accept his civil case. As stated in the June 17, 2009 Order, due to a scarcity of volunteer attorneys, a lengthy period of time frequently passes before this Court's Pro Se Office is able to find counsel for pro se litigants. Often, the Court cannot find any attorney to take the case.

1

IT IS HEREBY ORDERED that Prescott's December 7, 2009 application is denied as moot. This Court's June 17, 2009 Order remains in effect.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 22, 2009

## - Appearances -

**For Plaintiff (Pro Se):**

Daniel Prescott
09-A-2288
Mt. McGregor Correctional Facility
1000 Mt. McGregor Road
Wilton, New York 12831

**For Defendants:**

Laura Anne Delvecchio, Esq.
Gillian Thomas, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, New York 10016
(212) 286-8585